UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 4:05CV2266 CDP |
| MERTENS PLUMBING AND MECHANICAL INC., et al., | ) ) ) | |
| Defendants. | ) | |

### ORDER

On September 22, 2006, the parties filed a Designation of Neutral. After reviewing the contents of that document, I will treat it as a motion to vacate the order referring the case to ADR. As defendants state that they are unable to pay for even their share of the cost of mediation, I believe that mediation is unlikely to be productive. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to vacate the ADR order [#35] is granted.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 27th day of September, 2006.