UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No.4:05CV2266 CDP |
| MERTENS PLUMBING AND MECHANICAL, INC., et al., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the Court will hold a hearing on the motion of attorney Charles B. Jellinek to withdraw as counsel of record for defendant General Site Services, LLC, on **Wednesday, June 20, 2007 at 2:00 p.m. in Courtroom 14 South.**

**IT IS FURTHER ORDERED** that a representative (officer, owner, shareholder, or partner) of General Site Services LLC **must appear in person at the hearing** to explain the company's position on whether its lawyer should be allowed to withdraw. If no corporate representative attends the hearing then the court will most likely allow Mr. Jellinek to withdraw and deem the company in default in this case, which could result in judgment being entered against it.

**IT IS FURTHER ORDERED** that counsel Jellinek shall notify defendant

of this hearing and of its obligation to attend through a representative.

**IT IS FURTHER ORDERED** that all parties' obligations to file pretrial submissions is suspended pending further order.

The parties are notified that although this case is set on the docket beginning July 9, I anticipate actually reaching this case for trial on **Thursday, July 19, 2007** and continuing on **July 20, 2007** if necessary.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 13th day of June, 2007.