UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Case No. 4:05CV2266 CDP |
| MERTENS PLUMBING AND MECHANICAL INC., et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

As stated in the hearing on defense counsel Charles B. Jellinek's motion to withdraw as counsel for defendant General Site Services, LLC, I will allow Jellinek to withdraw. I will reach this case for trial on **July 19, 2007**. This case is first on my docket and will be reached on that date. Pretrial submissions must be filed with this court by **July 9, 2007**, and any objections to those submission must be filed by **July 16, 2007**.

Accordingly,

**IT IS HEREBY ORDERED** that Charles B. Jellinek's motion to withdraw as counsel for defendant General Site Services, LLC [#59] is granted.

**IT IS FURTHER ORDERED** that this action is set for a **non-jury** trial on

**July 19, 2007**. This is a special trial setting and will be reached on that date.

**IT IS FURTHER ORDERED** that all pretrial submissions in this case must be filed by **July 9, 2007**, and any objections to those submissions must be filed by **July 16, 2007.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 20th day of June, 2007.