UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.: 4:05CV2266CDP |
| MERTENS PLUMBING AND MECHANICAL, INC., et al. | ) ) ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiffs' Motion to Compel Discovery. Plaintiffs recovered judgment against General Site Services, LLC ("General Site") on December 13, 2008, in the amount of $90,477.11. To date, Plaintiffs have been unable to recover the full amount of the Judgment.

To further collection efforts, Plaintiffs sent a Notice of Deposition and Request for Production of Documents to John Dickinson, the principal of General Site. By affidavit, Plaintiffs have established that the Notice was sent to Mr. Dickinson, who is also the registered agent of General Site, at his registered address and at his personal residence. The Notice required Mr. Dickinson's attendance at a deposition and to produce the requested documents at the offices of Plaintiffs' counsel on March 5, 2008.

Mr. Dickinson did not appear at the appointed date and time, nor did he produce the requested documents. Plaintiffs seek an Order compelling Mr. Dickinson to submit to the deposition and to turn over the requested documents. The Plaintiffs' Motion is GRANTED.

Accordingly, it is hereby ordered that on March 28, 2008, at 10:00 a.m., Mr. Dickinson shall appear at the offices of Plaintiffs' counsel for the purpose of a post-judgment deposition. Mr. Dickinson shall also produce the requested documents at that time.

SO ORDERED.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 13th day of March, 2008.